# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WARREN B. MCFERREN, | |
| Plaintiff, | Case No. 1:19-cv-00531 |
| v. | Honorable Thomas M. Durkin |
| RECEIVABLES MANAGEMENT PARTNERS, LLC, | Magistrate Judge Susan E. Cox |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, WARREN B. MCFERREN and the Defendant RECEIVABLES MANAGEMENT PARTNERS, LLC, through their respective counsel, that the above-captioned action is dismissed, on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 24, 2019

Respectfully Submitted,

WARREN B. MCFERREN

RECEIVABLES MANAGEMENT PARTNERS, LLC

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

*/s/ Brandon Stein (with consent)*
Brandon Stein
*Counsel for Defendant*
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 704-3720
bstein@hinshawlaw.com

304076905v1 1017601