# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Warren B. McFerren

                                                 Plaintiff,

v.                                                                             Case No.: 1:19–cv–00531
                                                                            Honorable Thomas M. Durkin

Receivables Management Partners, LLC

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2019:

       MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, this action is hereby dismissed with prejudice. The 8/7/2019 status hearing is vacated.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.